In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Required for the Approaches to the Madison Avenue Bridge Over the Harlem River.

J. SERGEANT CRAM, as Executor of HENRY A. CRAM, Deceased, Respondent.

*Matter of City of New York (Madison Ave. Bridge)*, 126 App. Div. 952, affirmed.
(Argued January 4, 1909; decided January 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June

26, 1908, which affirmed an order of Special Term confirming the report of commissioners of estimate and appraisal in the above-entitled proceeding and adjudging the respondent entitled to an award for consequential damages.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly, John P. Dunn* and *L. Howell La Motte* of counsel), for appellant.

*James A. Deering* for respondent.

Order affirmed, with costs ; no opinion.

Concur: EDWARD T. BARTLETT, VANN, WERNER and WILLARD BARTLETT, JJ. Dissenting: CULLEN, Ch. J., HISCOCK and CHASE, JJ.